Waterworks v Positive Properties Exhibit A

| EXHIBIT A* Transfers | | | |
|---|---|---|---|
| Name of Creditor | Check / Wire ID Number | Disbursement Date | Amount Paid |
| POSITIVE PROPERTIES | 207906 | 2/12/2009 | $6,855.80 |
| POSITIVE PROPERTIES | 208869 | 3/26/2009 | $6,855.80 |
|  |  |  | $13,711.60 |

*Debtors' counsel reserves the right to amend, supplement or otherwise modify this Exhibit from time to time, without limitation